

**Thomas F. Sacchetta**\*†‡¶
**Gerald B. Baldino, Jr.**\*¶
**Bruce H. MacKnight, Jr.**†¶
**Tyler Sacchetta**§
**Gerald B. Baldino, III**¶

¶*Member of PA & NJ Bars*
§*Member of PA, NJ & DE Bars*

308 East Second Street
Media, PA 19063
Telephone: 610-891-9212
Fax: 610-891-7190

24 South Broad Street
Woodbury, NJ 08096
Telephone: 856-845-4400
Fax: 856-845-0400

1201 North Orange Street
Suite 7543
Wilmington, DE 19801
Telephone: 302-884-6715
Fax: 302-573-2507

*Please Reply to Media Office*

July 24, 2023

Honorable Nitza I. Quinones Alejandro
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:**   **Anne Jean Cannon, Deceased, et al. vs. Watermark Retirement Communities Inc. d/b/a Blue Bell Place, et al.**
**C.A. No. 21-01451-NIQA (E.D. Pa.)**
**My File No.  9503**

Dear Judge Quinones Alejandro:

The undersigned represents the Plaintiffs with regard to the above referenced matter. The parties are pleased to advise that they have resolved this matter. Plaintiffs have agreed to dismiss all COVID and COVID-related claims against Defendants. The parties are preparing the necessary settlement documents regarding the remaining claims.

As such, Plaintiffs respectfully requests that the any/all Court Scheduled Events be canceled as the case is already settled.

Respectfully yours,

*/s/ Gerald B. Baldino, III*

GERALD B. BALDINO, III, ESQUIRE

GB3/klr

cc:   All counsel of record (via e-file)

\**Board Certified as a Civil Trial Advocate by the National Board of Trial Advocacy*

†*Certified as a specialist in the practice of workers' compensation law by the Pennsylvania Bar Association Section on Workers' Compensation Law as authorized by the Pennsylvania Supreme Court*

‡*Certified Civil Trial Attorney, Supreme Court of New Jersey*

WWW.SBATTORNEY.COM